## ALLISON v. ALLISON

No. 208 PC.

Case below: 51 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 17 August 1981.

## BELL v. BELL

No. 251 PC.

Case below: 52 N.C. App. 585.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 August 1981.

## BUTLER v. PETERS, COMR. OF MOTOR VEHICLES

No. 87.

Case below: 52 N.C. App. 357.

Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 17 August 1981.

## GILLIAM v. HOLDEN

No. 157 PC.

Case below: 51 N.C. App. 464.

Petition by defendant Beasley for discretionary review under G.S. 7A-31 denied 17 August 1981.

## HILL v. SMITH

No. 199 PC.

Case below: 51 N.C. App. 670.

Petition by defendant Smith for discretionary review under G.S. 7A-31 denied 17 August 1981.